Mark H Hutchings, Esq.
Nevada Bar No. 12783
**HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERMAN ORTIZ HERNANDEZ, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SECURITY PROPERTIES RESIDENTIAL LLC, a Nevada limited liability company; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>　　　　Defendants. | Case No.   2:20-cv-01693-KJD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Security Properties Residential ("Defendant") and Plaintiff German Ortiz Hernandez ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

. . .

1
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Each party is to bear their own attorneys' fees and costs.

DATED this 4th day of January, 2021.   DATED this 5th day of January, 2021.

HUTCHINGS LAW GROUP, LLC            FOXROTHSCHILD LLP

/s/ Mark Hutchings                  /s/ [signature]
Mark H. Hutchings, Esq.             Deanna L. Forbush, Esq.
552 E. Charleston Blvd.             Colleen E. McCarty, Esq.
Las Vegas, NV 89104                 1980 Festival Plaza Drive, Suite 700
P: 702-660-7700                     Las Vegas, NV 89135
mhutchings@hutchingslawgroup.com    Phone: (702) 262-6899
*Attorney for Plaintiff*            dforbush@foxrothschild.com
                                    cmccarty@foxrothschild.com
                                    *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

[signature]
UNITED STATES DISTRICT COURT JUDGE

1/7/2021
DATED

2
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**